# United States Bankruptcy Court

## Southern District of New York
### Case No. 03–23950–rdd

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    George T. DelFierro
    1 Elliot Place
    Spring Valley, NY 10977

Last four digits of Social–Security or other Individual Taxpayer–Identification No(s)(if any):
    xxx–xx–8754

Employer Tax–Identification No(s).(EIN)[if any]:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:  October 20, 2009

Robert D Drain
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor, vessel, or aircraft vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 22, 2009.
```
db          +George T. DelFierro,   1 Elliot Place,   Spring Valley, NY 10977-3002
ust         +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
unk         +Clerk's Office of the United States Bankruptcy Cou,   300 Quarropas Street, 2nd Floor,
             White Plains, NY 10601-4140
cr          +Nissan Motor Acceptance Corporation,   Macco & Stern, LLP,   135 Pinelawn Road, Suite 120 South,
             Melville, NY 11747-3153
cr          +William F. Macreery,   7 Granite Springs Road,   Granite Springs, NY 10527-1107
3322306     +AT&T UNIVERSAL CARD,   Post Office Box 8214,   South Hackensack, NJ 07606
3322307     +BENEFICIAL,   Post Office Box 17474,   Baltimore, MD 21297-1474
3322309      CHASE MANHATTAN MORTGAGE CORP.,   Post office Box 9001319,   Louisville, KY 40290-1319
3322311     +CITGO,   Processing Center,   Des Moines, IA 50362-0001
3522474      Chase Manhattan Bank USA, NA by,   eCast Settlement Corporation, as agent,   Becket & Lee LLP,
             P.O. Box 35480,   Newark, NJ 07193-5480
3630482     +DELL FINANCIAL,   C/O WELTMAN, WEINBERG & REIS, CO., LPA,   323 W. LAKESIDE AVE, 2ND FL,
             CLEVELAND, OH 44113-1009
3322314      EMERGE MASTERCARD,   Payment Processing,   Post Office Box 23034,   Columbus, GA 31902-3034
4244047     +FEIN SUCH & CRANE,   MARGARET J. CASCINO,   7 CENTURY DRIVE, STE 201,   PARSIPPANY NJ 07054-4609
4244046     +FEIN SUCH & CRANE,   MARGARET J. CASCINO,   747 CHESTNUT RIDGE RD, STE 200,
             CHESTNUT RIDGE, NY 10977-6225
3322315      KEY BANK USA,   Post Office Box 94722,   Cleveland, OH 44101-4722
3674815     +KEY BANK USA, NA.,   2 GATEHALL DR.,   PARSIPPANY, NJ 07054-4521
3322316      M&T MORTGAGE CORP.,   Post Office Box 1288,   Buffalo, NY 14240-1288
3322318      MBNA AMERICA MASTERCARD,   Post Office Box 15137,   Wilmington, DE 19886-5137
3322319     +MICHAEL J. VARIEUR, D.D.S.,   27 Filors Lane,   Stony Point, NY 10980-2745
3645260     +MILLER & CLARK P.C.,   19732 MACARTHUR BLVD. STE 100,   IRVINE CA 92612-2449
3682156     +Macco & Stern, LLP,   135 Pinelawn Road, Suite 120 South,   Melville, NY 11747-3153,
             Attn: Vincent Cuocci
3322320      NISSAN MOTOR ACCEPTANCE C,   Post Office Box 371491,   Pittsburgh, PA 15250-7491
3725534     +NISSAN MOTOR ACCEPTANCE CORP.,   C/O MACCO & STERN, LLP,   135 PINELAWN ROAD,   SUITE 120 SOUTH,
             MELVILLE, NY 11747-3153
3555159      NISSAN MOTOR ACCEPTANCE CORPORATION,   P.O. BOX 660366,   DALLAS, TX 75266-0366
3322321      SEARS PREMIER CARD,   Post Office Box 818017,   Cleveland, OH 44181-8017
3322322      SHELL CREDIT CARD CENTER,   Post Office Box 790070,   Houston, TX 77279-0070
4223063     +SHMUEL KLEIN,   268 ROUTE 59,   SPRING VALLEY NY 10977-5448
3322323     +SPRINT PCS,   c/o John Lee Jackson, Esq,   For Universal Fidelity,   1445 Langham Creek Drive,
             Houston, TX 77084-5012
3585760     +William F. Macreery, Esq.,   7 Granite Springs Road,   Granite Springs, NY 10527-1107
```

The following entities were noticed by electronic transmission on Oct 20, 2009.
```
3679061     +EDI: HFC.COM Oct 20 2009 15:53:00    BOSCOV'S,   C/O CREDITORS BANKRUPTCY SERVICE,
             P.O.BOX 740933,   DALLAS, TX 75374-0933
3322308     +EDI: HFC.COM Oct 20 2009 15:53:00    BOSCOV'S CREDIT CARD,   MASTER TRUST,
             Post Office Box 740933,   Dallas TX 75374-0933
3622528     +EDI: CHASE.COM Oct 20 2009 15:53:00    CHASE MANHATTAN MORTGAGE CORPORATION,
             250 WEST HURON ROAD,   CLEVELAND, OH 44113-1451,   JAYME COOPER
3322310      EDI: CHASE.COM Oct 20 2009 15:53:00    CHASE MASTERCARD,   Post Office Box 15658,
             Wilmington, DE 19886-5658
3322311     +EDI: CITICORP.COM Oct 20 2009 15:53:00    CITGO,   Processing Center,
             Des Moines, IA 50362-0001
3322312      EDI: RCSDELL.COM Oct 20 2009 15:53:00    DELL FINANCIAL SERVICES,   Post Office Box 81577,
             Austin, TX 78708-1577
3322313      EDI: DISCOVER.COM Oct 20 2009 15:53:00    DISCOVER,   Post Office Box 15251,
             Wilmington, DE 19886-5251
3553451      EDI: DISCOVER.COM Oct 20 2009 15:53:00    DISCOVER BANK,   DISCOVER FINANCIAL SERVICES,
             P.O. BOX 8003,   HILLIARD, OH 43026
3705294      EDI: ECAST.COM Oct 20 2009 15:53:00    ECAST SETTLEMENT CORPORATION, ASSIGNEE OF,
             MBNA AMERICA BANK, N.A.,   P.O. BOX 35480,   NEWARK, NJ 07193-5480
3694475      EDI: ECAST.COM Oct 20 2009 15:53:00    ECAST SETTLEMENT CORPORATION, ASSIGNEE OF,
             CHASE MANHATTAN BANK USA, NA,   P.O. BOX 35480,   NEWARK, NJ 07193-5480
3322317      EDI: TSYS2.COM Oct 20 2009 15:53:00    MACY'S,   Post Office Box 4580,
             Carol Stream, IL 60197-4580
3322318      EDI: BANKAMER2.COM Oct 20 2009 15:53:00    MBNA AMERICA MASTERCARD,   Post Office Box 15137,
             Wilmington, DE 19886-5137
3322321      EDI: SEARS.COM Oct 20 2009 15:53:00    SEARS PREMIER CARD,   Post Office Box 818017,
             Cleveland, OH 44181-8017
3632979      EDI: RESURGENT.COM Oct 20 2009 15:53:00    SHERMAN ACQUISITION LP, ITS SUCCESSORS & ASSIGNS,
             AS ASSIGNEE OF CITIBANK USA, N.A.,   RESURGENT CAPITAL SERVICES,   P.O. BOX 10587,
             GREENVILLE, SC 29603-0587
3322324      EDI: WTRRNBANK.COM Oct 20 2009 15:53:00    TARGET,   Retailers National Bank,
             Post Office Box 59231,   Minneapolis, MN 55459-0231
3322325      EDI: RMSC.COM Oct 20 2009 15:53:00    WALMART,   Post Office Box 960023,
             Orlando, FL 32896-0023
                                                                          TOTAL: 16
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           J.P. MORGAN CHASE BANK, F/K/A THE CHASE MANHATTAN
cr           KEY BANK, USA, NA
4243447      Key Bank
4246254      Key Bank
```

```
4247252*    +FEIN SUCH & CRANE,    MARGARET J. CASCINO,    7 CENTURY DRIVE, STE 201,    PARSIPPANY NJ 07054-4609
4247251*    +FEIN SUCH & CRANE,    MARGARET J. CASCINO,    747 CHESTNUT RIDGE RD, STE 200,
             CHESTNUT RIDGE, NY 10977-6225
4257392*    +FEIN SUCH & CRANE,    MARGARET J. CASCINO,    747 CHESTNUT RIDGE RD, STE 200,
             CHESTNUT RIDGE, NY 10977-6225
4257646*    +FEIN SUCH & CRANE,    MARGARET J. CASCINO,    747 CHESTNUT RIDGE RD, STE 200,
             CHESTNUT RIDGE, NY 10977-6225
4141037*    +NISSAN MOTOR ACCEPTANCE CORP,    P O BOX 660366,    DALLAS TX 75266-0366
                                                                             TOTALS: 4, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2009**                          **Signature:**       *Joseph Speetjens*